(134 So. 927)

### Annie WILLE, alias Wylie, v. STATE.
### 1 Div. 32.

Court of Appeals of Alabama.
May 7, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.

(133 So. 927)

### Maybelle WILLIAMS v. CITY OF MOBILE.
### 1 Div. 3.

Court of Appeals of Alabama.
April 14, 1931.

BRICKEN, P. J.
Affirmed.

(137 So. 927)

### Louis WILLIAMS v. CITY OF PHENIX CITY.
### 4 Div. 820.

Court of Appeals of Alabama.
Nov. 5, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(137 So. 926)

### Boots WILLIAMS v. STATE.
### 4 Div. 754.

Court of Appeals of Alabama.
Nov. 17, 1931.

P. B. Traweek, of Elba, for appellant.
Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

RICE, J.
The court has read the entire evidence in this case, sitting en banc.

We deem it unnecessary to treat the several rulings presented for our consideration, other than the refusal to give at appellant's request the general affirmative charge to find in his favor.

It was charged, in essential substance, in the indictment that he "did falsely pretend to L. M. Prestwood, with intent to defraud, that N. J. Prestwood had told him, the said Boots Williams, that he could get twenty-seven dollars from N. J. Prestwood and Sons, a partnership composed of N. J., L. M., C. T., and G. M. Prestwood, and by means of such false pretense obtained from the said L. M. Prestwood twenty-seven dollars."

The evidence fails, in our opinion, totally, to sustain the quoted allegations contained in the indictment.

It rather clearly indicates that whatever money was obtained by appellant from N. J. Prestwood & Sons, the partnership of which both L. M. and N. J. Prestwood were members, was obtained with the tacit, if not express, approval of the said N. J. Prestwood, and that the prosecution grew out of the failure of appellant to repay, or give satisfactory security for, the debt.

For the failure to give at appellant's request the general affirmative charge above mentioned, the judgment is reversed, and the cause remanded.

Reversed and remanded.

(132 So. 927)

### Frank WILLIAMS v. STATE.
### 8 Div. 205.

Court of Appeals of Alabama.
Feb. 10, 1931.

BRICKEN, P. J.
Affirmed.

(130 So. 927)

### James WILLIAMS v. STATE.
### 2 Div. 443.

Court of Appeals of Alabama.
Nov. 5, 1930.

SAMFORD, J.
Appeal dismissed.